IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>GRADY VAUGHN,   )<br>   )<br>Defendant.   ) | 8:05CR167<br><br>ORDER |

Defendant Grady Vaughn appeared before the court on Thursday, January 5, 2012 on a Petition for Warrant or Summons for Offender Under Supervision [84]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. The government did not request detention. The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **February 9, 2012 at 2:30 p.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 5th day of January, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge